ACCEPTED
14-15-00765-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/24/2015 8:21:14 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS
## FOR THE FIRST OR FOURTEENTH DISTRICT OF TEXAS
### HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/24/2015 8:21:14 PM
CHRISTOPHER A. PRINE
Clerk

## IN RE: JAMES KEITH WINGATE
### RELATOR
### CAUSE NUMBER 15-FD-1440

### MOTION TO EXTEND TIME TO FILE ACCELERATED
### MOTION FOR MANDAMUS RELIEF AND TO FILE BRIEF

**To The honorable Court and Justices  Here now comes James Keith Wingate
Requesting extension of Time to file Accelerated Motion for Mandamus Relief
Relator is filing this motion For relief Due to an Abuse of Discretion
and other causes related to a Hearing held October 28 2015   signed
October 29 2015  Relator has attempted to get an expidited Hearing
From the court and will provide  with filing the clerks record**

**Respectfully Submitted
James Keith Wingate**

## VERIFICATION

I James Keith Wingate Do here by certify  that
I have read the foregoing Motion  and the facts stated within that are not
verified by the record are true and correct to the best of his knowledge.

James Keith wingate

November 25 th 2015

\s\James Keith Wingate

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed
with the district clerk Refrence 15-FD-1440 and to Jana Landry  party of intrest
and to Jana Landry Party of Intrest at janalandry@prodigy.com on November 25th 2015

\S\ James Keith wingate

James Keith Wingate